**No. 10-5796. Robert C. Cook, Petitioner v. Michigan Department of Corrections.**

562 U.S. 938, 131 S. Ct. 395, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7538, ▮▮▮

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Michigan denied.

**No. 10-5797. Edward Coleman, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 347, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7125.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 401.

**No. 10-5798. Raymond Texeira, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 348, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7539.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5799. James Leon Millard-Grasshorn, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 348, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7297.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 603 F.3d 492.

**No. 10-5800. David Maiden, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 348, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7377.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 606 F.3d 337.

**No. 10-5801. Andrew P. Kalick, Petitioner v. Northwest Airlines Corp., et al.**

562 U.S. 938, 131 S. Ct. 348, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7181.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 372 Fed. Appx. 317.

**No. 10-5803. Oday Mounsaveng, Petitioner v. Anthony A. Lamarque, Warden.**

562 U.S. 938, 131 S. Ct. 348, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7481.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 746.

**No. 10-5806. Herbert Brown, Petitioner v. United States.**

562 U.S. 938, 131 S. Ct. 348, 178 L. Ed. 2d 225, 2010 U.S. LEXIS 7218.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 872.